UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

4 12658 DPW

MAGISTRATE JUDGE

|  |  |
|---|---|
| JOSE RIVERA and NORA RIVERA | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) |
| THOMAS RIDGE, Secretary of United States Department of Homeland Security; Eduardo Aguirre, Jr., Director, U.S. Citizen- Ship and Immigration Services, Department of Homeland Security; DENNIS RIORDAN, District Director, U.S. Citizenship and Immigration Services Department of Homeland Security | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

COMPLAINT FOR WRIT
IN THE NATURE OF
MANDAMUS

RECEIPT #_____
AMOUNT $150
SUMMONS ISSUED yes 3
LOCAL RULE 4.1____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK.____
DATE 12/20/04

INTRODUCTION

The Plaintiffs, by and through their undersigned attorney,

bring this civil action for mandamus to compel the Defendants

and those acting under them to rule upon the Petition for Alien

Relative (I-130) and Application for Adjustment of Status (I-

485) duly filed by the Plaintiffs on or about March 4, 2003.

## I.    PARTIES

1.    The Plaintiff Jose Rivera is a United States Citizen, who currently resides at 88 Wheatland St. #8, Somerville, MA 02145.

2.    The Plaintiff Nora Rivera (A96-406-350) is a native and citizen of Columbia.  She is married to the Plaintiff Jose Rivera and currently resides with him at 88 Wheatland St. #8, Somerville, MA 02145.

3. The Defendant Thomas Ridge is the Secretary of the Department of Homeland Security ("DHS"); the Defendant Eduardo Aguirre, Jr. Is the Direction of the U.S. Citizenship and Immigration Services; the Defendant, Denis Riordan, is the Director of the Boston office of U.S. Citizenship and Immigration Services ("USCIS"), an agency within DHS (collectively, the "Defendants").  The Defendants are sued herein in their official capacity.  The Defendants are charged by law with the obligation of adjudicating Petitions for Alien Relatives and Applications by aliens to adjust status pursuant to § 245 of the Immigration and Nationality Act, 8 U.S.C. 1256 ("INA").

## II.    JURISDICTION AND VENUE

4.    This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361 to compel the Defendants and those working under them to perform a duty that they owe to the Plaintiffs.

5.   Jurisdiction is conferred by 28 U.S.C. § 1651, 5 U.S.C. §

704, and 28 U.S.C. §§, 2201 and 2202.

6.   Costs and fees will be sought pursuant to the Equal Access

to Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412(d) et seq.

7.   Venue is properly before this Court pursuant to 28 U.S.C. §

2412(d) et seq. because the Plaintiffs reside in Somerville,

Massachusetts.

### III. REMEDY

8.   The Plaintiffs are seeking an order to compel the Defendants

and those working under them to adjudicate the Plaintiffs'

pending applications with USCIS and an award of reasonable

attorney fees and costs associated with bringing said action.

### IV.   STATEMENT OF FACTS

9.   On or about March 4, 2003, the Plaintiffs Jose Rivera and

Nora Rivera (collectively, the "Plaintiffs") filed a Petition

for Alien Relative (I-130) and Application for Adjustment of

Status (I-485) with the INS (now USCIS) Regional Office in

Boston, Massachusetts (collectively the "Applications") (See

Exhibit 1 attached hereto).

10.  Through the filing of the Applications, the Plaintiffs were

seeking to confer lawful permanent status (a "Green Card") on

Ms. Rivera.   As the spouse of a United States Citizen, Ms.

Rivera is immediately eligible to receive an immigrant visa,

and, therefore, to adjust status to lawful permanent residence.

11. On or about June 16, 2003, the Defendants through their designated agent (Officer Carol Fulchini) ("USCIS Officer") interviewed the Plaintiffs on their Applications.

12. At the conclusion of the interview the USCIS Officer issued an "I-72" wherein she requested that additional documents be submitted to USCIS. A copy of the I-72 is attached hereto as Exhibit 2.

13. The Plaintiffs, by and through their undersigned counsel, submitted the documents to USCIS on or around July 16, 2003. A copy of the submission is attached hereto as Exhibit 3.

14. As of the date of this action, there has been no decision issued by the USCIS on the Applications.

15. The Plaintiffs, through Counsel, have made extensive efforts to secure a decision from USCIS. Specifically, they have sent numerous letters on a number of occasions, i.e., September 22, 2003, October 22, 2003, December 3, 2003, May 14, 2004 and July 21, 2004 wherein they requested that USCIS adjudicate the Applications. Copies of said letters are attached hereto as Exhibit 4.

16. The USCIS has not responded in any manner to the above-referenced letter requests. In addition, the Plaintiffs have

made numerous telephone calls to supervisory personal at USCIS
regarding the matter but have received no response from USCIS.

17. The Plaintiffs have no administrative remedies available.

18. As a result of the Defendants willful and unreasonable
delay in adjudicating the Plaintiffs' Applications, the
Plaintiffs have been prejudiced. Until the Applications are
adjudicated, the Plaintiff Nora Rivera is unable to travel,
unable to accumulate time towards an eventual application for
naturalization, the Plaintiffs are unable to plan for their
future, and are in constant fear that Ms. Rivera will suffer
deportation at some future date.

19. The Defendants have arbitrarily, willfully and unreasonably
delayed the adjudication of the Plaintiffs' Applications.

20. The Defendants owe the Plaintiffs the duty to act upon the
Plaintiffs' Applications and has unreasonably failed to
perform that duty.

21. No other remedy exists for the Plaintiffs to resolve the
Defendant's delay.

CLAIM FOR RELIEF

WHEREFORE, the Plaintiffs pray that this Honorable Court:

A. Order the Defendants to have their agents rule upon the
Applications filed by the Plaintiffs and

B. Award reasonable attorney's fees and costs of this
action pursuant to the Equal Access to Justice Act; and

C.   Award any other relief this court deems just, proper

     and equitable.


Dated:    December __15__  2004

                              Respectfully submitted,

                              Plaintiffs
                              By their attorney

                              _____
                              Susan E. Zak Esq.
                              BBO # 568044
                              LAW OFFICE OF JOHN K. DVORAK
                              P.C.
                              P.O. Box 8788
                              180 Canal Street
                              Boston, MA 02114


mandamus.rivera.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C  LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _Jose Rivera + Nora Rivera_ _U.S. Dept of Homeland Security, Tom Ridge Sec.*, USCIS, Eduardo Aguirre Jr, Director, USCIS Boston Office, Denis Riordan, Dir._

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

_X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

*Also complete AO 120 or AO 121 for patent, trademark or copyright

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V.  150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____ N/A _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)

YES ☐    NO ☒

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

YES ☐    NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

YES ☒    NO ☐

A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

(EASTERN DIVISION) ☒    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)   Susan Zak
ATTORNEY'S NAME _CHRISTOPHER W. DONLAN    LAW OFFICE OF JOHN K. DVORAK, P.C._
ADDRESS _P.O. Box 8788, Boston, MA  02114_
TELEPHONE NO. _617  723  7836_

(AppendixC.wpd - 11/27/00)

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Jose Rivera and
Nelia Rivera

**(b)** County of Residence of First Listed Plaintiff _Middlesex_
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** US Dept of Homeland Security,
Tom Ridge Secretary; USCIS Eduardo Aguirre, Sr.,
Director, USCIS Boston Office, Denis Riordan,
District Director

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Gregai Zak
Law Offices of John K. Dvorak, PC
P.O. Box 8186, 18 Canal St., 4th Floor, Boston MA

Attorneys (If Known)

Office of General Counsel, USCIS,
Henry Hartley, District Counsel USCIS,
JFK Fed Bldg, Room 425, Boston MA

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☑ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgement | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | or Defendant) | Determination Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☑ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

Appeal to District Judge from Magistrate Judgment

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 USC §1651, 5 USC 704 - Mandamus Action to Compel USCIS Decision on Immigration Application

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 12/04/04

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

OMB # 1115-0054

**U.S. Department of Justice**
Immigration and Naturalization Service (    )

**Petition for Alien Relative**

| **DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY** |||
|---|---|---|
| Case ID# | Action Stamp | Fee Stamp |
| A# | | |
| G-28 or Volag# | | |

**Section of Law:**
- ☐ 201 (b) spouse
- ☐ 201 (b) child
- ☐ 201 (b) parent
- ☐ 203 (a)(1)
- ☐ 203 (a)(2)
- ☐ 203 (a)(4)
- ☐ 203 (a)(5)

AM CON: _____

Petition was filed on _____ (priority date)
- ☐ Personal Interview         ☐ Previously Forwarded
- ☐ Pet. ☐ Ben. "A" File Reviewed    ☐ Stateside Criteria
- ☐ Field Investigations        ☐ I-485 Simultaneously
- ☐ 204 (a)(2)(A) Resolved      ☐ 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my
   ☒ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child

2. Are you related by adoption?
   ☐ Yes  ☒ No

3. Did you gain residence through adoption?
   ☐ Yes  ☒ No

## B. Information about you

1. Name (Family Name in CAPS)  (First)  (Middle)
   RIVERA BURGOS    Jose    Rene

2. Address (Number and Street)  (Apartment Number)
   88 Wheatland Street    #8

   (Town or City)  (State/Country)  (ZIP/Postal Code)
   Somerville    MA    02145

3. Place of Birth (Town or City)  (State/Country)
   San Juan, Puerto Rico

4. Date of Birth (Mo/Day/Yr)   04/18/1961
5. Sex  ☒ Male  ☐ Female
6. Marital Status  ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. Other Names Used (including maiden name)
   none

8. Date and Place of Present Marriage (if married)
   10/23/1999    Boston, MA

9. Social Security Number   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
10. Alien Registration Number (if any)   none

11. Names of Prior Husbands/Wives   Ysabel Peralta Rivera
12. Date(s) Marriage(s) Ended

13. If you are a U.S. citizen, complete the following:
   My citizenship was acquired through (check one)
   ☒ Birth in the U.S.
   ☐ Naturalization (Give number of certificate, date and place it was issued)

   ☐ Parents
   Have you obtained a certificate of citizenship in your own name?
   ☐ Yes  ☐ No
   If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
   Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:

14b. Did you gain permanent residence status through marriage to a United States citizen or lawful permanent resident?  ☐ Yes  ☐ No

## C. Information about your alien relative

1. Name (Family Name in CAPS)  (First)  (Middle)
   RIVERA    Nora    Elena

2. Address (Number and Street)  (Apartment Number)
   88 Wheatland Street    #8

   (Town or City)  (State/Country)  (ZIP/Postal Code)
   Somerville    MA    02145

3. Place of Birth (Town or City)  (State/Country)
   Itagui    Antioquia    Colombia

4. Date of Birth (Mo/Day/Yr)   12/16/1965
5. Sex  ☐ Male  ☒ Female
6. Marital Status  ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. Other Names Used (including maiden name)
   Nora Elena Restrepo Valencia

8. Date and Place of Present Marriage (if married)
   10/23/1999    Boston, MA

9. Social Security Number   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
10. Alien Registration Number (if any)   none

11. Names of Prior Husbands/Wives   none
12. Date(s) Marriage(s) Ended

13. Has your relative ever been in the U.S.?
   ☒ Yes  ☐ No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
   EWI

   Arrival/Departure Record (I-94) Number   none
   Date Arrived (Month/Day/Year)   05/1989

   Date authorized stay expired, or will expire as shown on Form I-94 or I-95
   n/a

15. Name and Address of Present Employer (if any)
   Boston Globe    Boston, MA
   Date this employment began (Month/Day/Year)
   10/2001

16. Has your relative ever been under immigration proceedings?
   ☐ Yes  ☒ No  Where _____ When _____
   ☐ Exclusion  ☐ Deportation  ☐ Rescission  ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED || COMPLETED ||||
|---|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |

Form I-130 (Rev. 10/13/98)N

## C. (continued) Information about your alien relative

16. List Husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**17. Address in the United States where your relative intends to live**

| (Number and Street) | (Town or City) | (State) |
|---|---|---|
| 88 Wheatland Street #8 | Somerville | MA |

**18. Your relative's address abroad**

| (Number and Street) | (Town or City) | (Province) | (Country) | (Phone Number) |
|---|---|---|---|---|
| n/a | | | | |

**19. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:**

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) |
|---|---|---|---|---|
| | | | | |

**20. If filing for your husband/wife, give last address at which you both lived together:**

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) | From (Month) (Year) | To (Month) (Year) |
|---|---|---|---|---|---|---|
| RIVERA | 88 Wheatland Street Somerville, MA, USA | | | | 11/2001 | present |

**21. Check the appropriate box below and give the information required for the box you checked:**

☐ Your relative will apply for a visa abroad at the American Consulate in _____

          (City)          (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at **Boston, MA** _____ If your relative is not eligible for adjustment of status, he or she will

        (City)         (State)

apply for a visa abroad at the American Consulate in **Bogota**       **Colombia**

        (City)         (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

    n/a

2. Have you ever filed a petition for this or any other alien before?   ☒ Yes   ☐ No

    If "Yes", give name, place and date of filing, and result.

                     1985     Ysabel Peralta Rivera

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false documents in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

(Signature) _Jose R Rivera_   (Date) 03/03/01   (Phone Number) **617-764-1854**

### Signature of Person Preparing Form if Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name **John K. Dvorak, Esq**   (Address) **Law Offices of John K. Dvorak**   **P.O. Box 8788, Boston, MA 02114**   (Signature) _John K Dvorak_   (Date)

G-28 ID Number _____

Volag Number _____

Form I-130 (Rev. 10/13/98)N

## NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> **Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.**

**NOTE: You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.**

| 1. Name of Relative (Family name in CAPS) (First) (Middle) |
| RIVERA                Nora            Elena |

| 2. Other names used by relative (Including maiden name) |
| Nora Elena Restrepo Valencia |

| 3. Country of Relative's birth | 4. Date of Relative's Birth (Month/Day/Year) |
| Colombia | 12/16/1965 |

| 5. Your Name (Last name is CAPS) (First) (Middle) | 6. Your phone number |
| RIVERA BURGOS        Jose        Rene | 617-764-1854 |

**Action Stamp**

SECTION | DATE PETITION FILED
- ☐ 201 (b)(spouse)
- ☐ 201 (b)(child)
- ☐ 201 (b)(parent)
- ☐ 203 (a)(1)      ☐ STATESIDE
- ☐ 203 (a)(2)      CRITERIA GRANTED
- ☐ 203 (a)(4)
- ☐ 203 (a)(5)      SENT TO CONSUL AT;

## CHECKLIST

**Have you answered each question?**
**Have you signed the petition?**
**Have you enclosed:**

- ☐ The filing fee for each petition?
- ☐ Proof of your citizenship or lawful permanent residence?
- ☐ All required supporting documents for each petition?

**If you are filing for your husband or wife have you included:**

- ☐ Your picture?
- ☐ His or her picture?
- ☐ Your G-325A?
- ☐ His or her G-325A?

Relative Petition Card
Form I-130A (Rev. 10/13/98)

| U.S. Department of Justice | | | |
|---|---|---|---|
| Immigration and Naturalization Service | **BIOGRAPHIC INFORMATION** | OMB No. 1115-0066 | Approval expires 4-30-85 |

| (Family name) RIVERA | (First name) Nora | (Middle name) Elena | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 12/16/1965 | NATIONALITY Colombian | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED    (Including names by previous marriages) Nora Elena Restrepo Valencia | | CITY AND COUNTRY OF BIRTH Itagui          Colombia | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE | |
|---|---|---|---|---|---|
| FATHER | Restrepo | Octavio | 03/22/1932  Sta. Rosa, Colombia | deceased | |
| MOTHER (Maiden name) | Valancia | Irene | 03/05/1939 Sta Barbara, Colombia | Itagua | Colombia |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Rivera | Jose | 04/18/1961 | San Juan, PR, USA | 10/23/1999 | Boston, MA |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME    (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| | | | | MONTH | YEAR | MONTH | YEAR |
| 88 Wheatland Street | Somerville | MA | USA | 11 | 2001 | PRESENT TIME | |
| 63 Wheatland Street | Somerville | MA | USA | 11 | 1999 | 11 | 2001 |
| 54 Princeton Street | E. Boston | MA | USA | | 1997 | 11 | 1999 |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| | | | | MONTH | YEAR | MONTH | YEAR |
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM | | TO | |
|---|---|---|---|---|---|---|
| | | | MONTH | YEAR | MONTH | YEAR |
| Boston Globe          Somerville, MA | | delivery | 10 | 2001 | PRESENT TIME | |
| Souper Salad          Boston, MA | | cashier | 08 | 1995 | 07 | 2001 |
| | | | | | | |
| | | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION    ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | SIGNATURE OF APPLICANT    *Nora E. Rivera* | DATE 03/03/03 |
|---|---|---|
| **Are all copies legible?**    ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPLICANT:**    BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) RIVERA | (Given name) Nora | (Middle name) Elena | (Alien registration number) none |
|---|---|---|---|

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

U.S. Department of Justice

Immigration and Naturalization Service

**FORM G-325A**

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) RIVERA BURGOS | (First name) Jose | (Middle name) Rene | ☒MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 04/18/1961 | NATIONALITY American | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) none | CITY AND COUNTRY OF BIRTH San Juan, Puerto Rico | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Rivera | Evaristo | Puerto Rico, USA | deceased |
| MOTHER (Maiden name) | Burgos | Leonor | Puerto Rico, USA | deceased |

| HUSBAND OR WIFE | FAMILY NAME (For wife, give maiden name) Restrepo Valencia | FIRST NAME Nora | BIRTHDATE 12/16/1965 | CITY & COUNTRY OF BIRTH Itagui Colombia | DATE OF MARRIAGE 10/23/1999 | PLACE OF MARRIAGE Boston, MA |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) PERALTA | FIRST NAME YSABEL | BIRTHDATE 7-8-61 | DATE & PLACE OF MARRIAGE 1-17-87 USA | DATE AND PLACE OF TERMINATION OF MARRIAGE 12-26-97 CAMBRIDGE, MA |
|---|---|---|---|---|

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 88 Wheatland Street | Somerville | MA | USA | 11 | 2001 | PRESENT TIME | |
| 63 Wheatland Street | Somerville | MA | USA | 11 | 1999 | 11 | 2001 |
| 72 Orchard Street | Medford | MA | USA | | 1996 | 11 | 1999 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| B.TM Fish Comp., Boston, MA | fish processing | 10 | 1998 | PRESENT TIME | |
| Boston Globe, Woburn, MA | assembler | | 1997 | present | |
| | | | | | |
| | | | | | |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | | | | | |
|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER (SPECIFY) I-130/485 | SIGNATURE OF APPLICANT *Jose L Rivera* | DATE 03/03/03 |
|---|---|---|
| Are all copies legible? ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:

**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family Name) RIVERA BURGOS | (Given name) Jose | (Middle name) Rene | (Alien registration number) none |
|---|---|---|---|

Form G-325 A (Rev. 10-1-82)    **(1) Ident.**

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **RIVERA** | Given Name **Nora** | Middle Initial **E.** |

Address - C/O

| Street Number and Name **88 Wheatland Street** | Apt. # **#8** |
|---|---|

City **Somerville**

| State **MA** | Zip Code **02145** |
|---|---|

| Date of Birth (month/day/year) **12/16/1965** | Country of Birth **Colombia** |
|---|---|

| Social Security # **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** | A # (if any) **none** |
|---|---|

| Date of Last Arrival (month/day/year) **05/1989** ✓ | I-94 # **none** |
|---|---|

| Current INS Status **EWI** | Expires on (month/day/year) **n/a** |
|---|---|

### Part 2. Application Type.      *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile. or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:      *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License # **635202**

---

Continued on back.

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| A. City/Town/Village of Birth | Itagui | Current occupation | delivery |
| Your mother's first name | Irene | Your father's first name | Octavio |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

n/a

| Place of last entry into the U.S. (City/State) | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| San Diego, CA | |
| Were you inspected by a U.S. Immigration Officer? ☐ Yes ☒ No | EWI |
| Nonimmigrant Visa Number    none | Consulate where Visa was issued  none |
| Date Visa was issued (month/day/year)    n/a | Sex: ☐ Male ☒ Female | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Rivera | Jose | R | 04/18/1961 |
| Country of Birth: USA | Relationship: spouse | A# none | Applying with you? ☐ Yes ☒ No |
| Herrera | Santiago | L | 02/26/1993 |
| Country of Birth: USA | Relationship: son | A# none | Applying with you? ☐ Yes ☒ No |
| Rivera | Juliana | I | 07/20/2001 |
| Country of Birth: USA | Relationship: daughter | A# none | Applying with you? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A# | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A# | Applying with you? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3.  Processing Information     *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?     ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?     ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?     ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?     ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?     ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?     ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?     ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?     ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?     ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?     ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?     ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?     ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?     ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?     ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?     ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?     ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?     ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?     ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?     ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?     ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?     ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?     ☐ Yes  ☒ No

*Continued on back*                    Form I-485 (Rev. 02/07/00)N Page 3

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| *Nora E. Rivera* | Nora Elena Rivera | 3/3/03 | |

*Please Note:*    *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | John K. Dvorak, Esq | | 617-723-4422 |

| *Firm Name and Address* | Law Offices of John K. Dvorak<br>P.O. Box 8788,  Boston, MA 02114 |
|---|---|



**U.S. DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service

---

**Date:  June 16, 2003**
**Nora Rivera**
**By hand**

NAME OF BENEFICIARY
Same
FILE NO.  A96 406 350

FORM NO. I-485

---

**PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.  YOU ARE REQUIRED TO SUBMIT THE FOLLOWING INFORMATION WITHIN 12 WEEKS OR YOUR APPICATION MAY BE DENIED.**

☐ 1. The above application/petition and its supporting documents are attached.
☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.
☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☐ in red.
☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☐ in red.
☐ 5. Furnish the required fee of $_____.
☐ 6. Furnish the birth or baptismal certificate for you.
☐ 7. Furnish the **amended** marriage certificate of you and your spouse..
☐ 8. Furnish proof of death or legal termination of marriage of all your prior marriages.
☐ 9. A foreign document must be accompanied by a translation in English.  The translator must certify that he/she is competent to
    translate and that the **translation is accurate.**
☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, place, or other
    vehicle on which you traveled.
☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a
    certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted
    to this Service.  Further information and Department of Labor forms and instructions may be obtained from the
    local office of the state employment service agencies.
☐ 12. You have indicated that you do not intend to seek employment.  You must furnish evidence that you have sufficient
    funds or other means of maintaining yourself in this country.
☐ 13. Furnish two (2) color photographs.  These photos must have a white background, photos must be glossy, un-
    retouched and not mounted.  Dimension of the facial image should be about 1 inch from chin to top of hair or head
    shown in 3/4 frontal view of right side of face with right ear visible.  Using soft pencil or felt pen, print name (and alien
    registration receipt number, if known) on the back of each photograph.  You should show these instructions to the
    photographer who takes the pictures.
☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and below listed persons.
☐ 15. Your proof of status documents have been checked and are attached.  Your application/petition is being processed
    and will be completed in the near future.
☐ 16. You are required to submit a Medical Examination of Aliens Seeking Adjustment to Status (Form I-693) and Supplement to
    Form I-693 for documentation of immunizations for David.
☒ 17.  You are required to submit a letter from the Department of Transitional Assistance acknowledging any benefits received by
you.  This letter must confirm your marital status and explanation of benefits received.
    Follow the instructions on the enclosed letter when you return this documentation.

Failure to provide this information by 09-16-2003 will result in a denial of your application.

cc:  Erceg, Esquire

Form I-72                **PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS
WITH YOUR RESPONSE-**

# LAW OFFICES OF JOHN K. DVORAK, P.C.

### ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4ᵗʰ FLOOR • Boston, MA 02114 • (617) 723-4422 • Fax (617) 723-8305

John K. Dvorak
Christopher W. Drinan
Ivana Erceg

July 15, 2003

BCIS
CDU, Room E-140
JFK Federal Building
Boston, MA 02203

RE:     Alien: Nora Rivera
        A#: 96-406-350

Dear BCIS Officer:

Pursuant to the attacehed Form I-72 enclosed find the following:

1.  Statement from the Commonwealth of Massachusetts verifying that only Santiago Herrera and Juliana Rivera, both US citizens, were qualified under MassHealth program and that the Applicant Nora Rivera did not receive any MassHealth benefits;

    In addition, attached find the fact sheet issued by the Immigration & Naturalization Service, Massachusetts edition, which specifically states that the adjustment applicant will not be considered public charge for using MassHealth.

Thank you.

Sincerely,

*Ivana Erceg*

Ivana Erceg

TEWKSBURY HALL 1 AND 2
367 EAST ST
TEWKSBURY MA 01876-1957

Commonwealth of Massachusetts
Executive Office of Health
and Human Services
Division of Medical Assistance

Tel: (800) 408-1253
Fax: (978) 863-9300

510/APPR
NORA RIVERA
88-94 WHEATLAND ST APT # 8
SOMERVILLE MA 02145

Date: 06/30/2003          Notice: 8255165          SSN: 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

Dear NORA RIVERA

The Division of Medical Assistance has decided that the following members of
your family can get benefits.

| Name SSN | Coverage Type | Benefit Effective Date | Other |
|---|---|---|---|
| HERRERA, SANTIAGO 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 | Standard | 06/20/2003 | |
| RIVERA, JULIANA I 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 | Standard | 06/20/2003 | |

MassHealth Standard coverage lets members get the medical services described in
the MassHealth booklet under MassHealth Standard. Members may get these services
now from any MassHealth provider. (This provider choice may be restricted for
members who have other health insurance.) Members who do not have other health
insurance will soon get a package in the mail that tells them how to pick a
health plan and a doctor. Please call the Customer Service Center at
1-800-841-2900 as soon as you get that package. They can help members pick the
health plan and doctor that is best for your family. They may also help eligible
members get a ride to a medical appointment.

You will soon get a MassHealth card if there are newly eligible MassHealth
members in your family. They must use this card whenever they get medical
services. Eligible members may use the card right away. MassHealth members who
are eligible only for Buy-In or for payment of part of their health insurance
premium under Family Assistance will not get a MassHealth card.

For free good foods and help with healthy eating, call WIC - the Woman, Infants
and Children nutrition program. WIC serves pregnant woman, children under five,
and new mothers. You and your children may be eligible for WIC services. Call
the WIC Hotline at 1-800-942-1007.

continued...

Call the phone number at the   p of this notice if you have an   questions about this notice. If you don't have a copy of the MassHealth booklet, please call to request one. It has important information about MassHealth coverage and rules.

For information about appealing our decisions, see the other side of this notice.

TEWKSBURY HALL 1 AND 2
367 EAST ST
TEWKSBURY MA 01876-1957

**Commonwealth of Massachusetts**
**Executive Office of Health**
**and Human Services**
**Division of Medical Assistance**



Tel: (800) 408-1253
Fax: (978) 863-9300

510/TERM
NORA RIVERA
88-94 WHEATLAND ST APT # 8
SOMERVILLE MA 02145

Date: 06/30/2003          Notice: 8255161          SSN: 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

Dear NORA RIVERA

The Division of Medical Assistance is ending coverage for the following members who had been receiving MassHealth benefits. The coverage will end only for family members listed below.

| Name | SSN | Coverage End Date |
|------|-----|-------------------|
| HERRERA, SANTIAGO | 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 | 07/14/2003 |

Reason and Manual Citation
You asked that your MassHealth benefits be stopped. 130 CMR 502.009

| Name | SSN | Coverage End Date |
|------|-----|-------------------|
| RIVERA, JULIANA I | 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 | 07/14/2003 |

Reason and Manual Citation
You asked that your MassHealth benefits be stopped. 130 CMR 502.009

The MassHealth booklet describes the rules for MassHealth. It explains why members of your family are not eligible. It describes the income standards and other rules for MassHealth.

You will be getting a statement in the mail called a "Certificate of Creditable Coverage". You should show this certificate to any health insurer you purchase health insurance from for you and your family. This certificate will show that you had been on MassHealth in the past, and may reduce or waive any future coverage-waiting period.

If you have any questions about this certificate, please contact a MassHealth Enrollment Center.

Call the phone number at the top of this notice if you have any questions about this notice. If you don't have a copy of the MassHealth booklet, please call to request one. It has important information about MassHealth coverage and rules.

For information about appealing our decisions, see the other side of this notice.

This is a printer friendly version of http://www.immigration.gov/graphics/publicaffairs/factsheets/Charge.htm

**U.S. Department of Justice**
Immigration and Naturalization Service
Washington, DC 20536



# FACT SHEET

October 18, 2000

### *Massachusetts Edition*

### A Quick Guide to 'Public Charge'
### And Receipt of Public Benefits

This guide provides a summary of how receiving public benefits in the United States may or may not affect an alien under the "public charge" provisions of the immigration laws.

• **Aliens applying to become Lawful Permanent Residents (LPRs) (who do not yet have a "green card") –**

  • An alien will not be considered a "public charge" for using:

   – **HEALTH CARE BENEFITS,** including programs such as MassHealth, the Children's Medical Security Plan, Healthy Start, or other free or low-cost medical care at clinics, health centers or other settings (other than long-term care in a nursing home or similar institution)

   – **FOOD PROGRAMS,** such as Food Stamps, WIC (the Special Supplemental Nutrition Program for Women, Infants, and Children), school meals or other food assistance

   – **OTHER PROGRAMS THAT DO NOT GIVE CASH,** such as public housing, child care, energy assistance, disaster relief, Head Start or job training or counseling

  • INS **may consider** an alien's use of the following in deciding whether to issue a "green card":

   – **CASH WELFARE,** such as Supplemental Security Income (SSI); cash Transitional Aid to Families With Dependent Children (TAFDC); and Emergency Aid to the Elderly, Disabled and Children (EAEDC)

   – **INSTITUTIONALIZATION** for long-term care, such as residing in a nursing home or mental health facility at government expense

Note: INS will <u>not</u> consider CASH WELFARE or NON-CASH PROGRAMS received by an alien's children or other family members for public charge purposes, <u>unless the cash welfare is the family's only means of support.</u>

• Aliens who <u>are</u> LPRs (who already have a "green card") –

: LPRs <u>cannot</u> lose their status (have their "green card" revoked) if they, their children or other family members use:

– HEALTH CARE, FOOD PROGRAMS or other NON-CASH PROGRAMS

– CASH WELFARE (* see note below for exception)

– LONG-TERM CARE (* see note below for exception)

Notes:

* LPRs who leave the country for more than 6 months at a time can be questioned about whether they are "public charges" when they return, and the use of cash welfare or long-term care may be considered.

* In very rare circumstances, LPRs who use cash welfare or long-term care within their **first 5 years** in the United States for reasons (such as an illness or disability) that existed <u>before</u> their entry to the United States could be considered deportable as a public charge.

• REFUGEES AND PEOPLE GRANTED ASYLUM can use <u>any</u> public benefits, including cash welfare, health care, food programs and other non-cash programs without hurting their chances of getting a "green card."

• SPONSORING RELATIVES – Using benefits, including cash welfare, health care, food programs and other non-cash benefits, <u>does not prevent citizens and LPRs</u> from sponsoring relatives. However, sponsors must submit an Affidavit of Support showing that they have enough money (alone or with a co-sponsor) to support their relatives at 125 percent of the poverty level.

• BECOMING A NATURALIZED U.S. CITIZEN – LPRs (who already have a "green card") <u>cannot be turned down</u> for U.S. citizenship for lawfully receiving any public benefits for which they are eligible.

## Need More Information?

<u>For more information about "public charge"</u> –

• Please see the INS Web site at www.ins.usdoj.gov for a fact sheet and questions and answers. Information is available in several languages under Public Affairs.

**For more information about how to enroll in benefit programs –**

• Please contact the appropriate federal, state or local service agency. Calls are free. Helpful contacts include:

For Healthy Start: 1-800-531-2229

For Food Stamps: 1-800-645-8333
1-800-249-2007

For WIC: 1-800-942-1007

For MassHealth: 1-800-841-2900
1-800-531-2229

For Children's Medical Security Plan: 1-800-909-2677
1-800-531-2229

For TAFDC or EAEDC: 1-800-249-2007

*Last Modified 02/25/2003*

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4ᵗʰ FLOOR • BOSTON, MA 02114 •    (617) 723–4422 • FAX (617) 723-8305

JOHN K. DVORAK
Christopher W. Drinan

September 22, 2003

EXAMS
Bureau of Citizenship and Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

## <u>Request to Adjudicate I-485 Application</u>

RE:    I-485 Application to Adjust Status
       Applicant:      Nora Rivera
       A#:       96-406-350
       Interview Date:      June 16, 2003

Dear BCIS Officer Saucier:

You interviewed the above referenced applicants on June16, 2003. At that time you issued an I-72 requesting a letter from the Department of Transitional Assistance acknowledging any benefits received by the alien above. Our response was submitted on or about July 15, 2003.

To date, we have received no decision on the case. Please adjudicate the case. Thank you.

Sincerely,

John K. Dvorak

JKD:js

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4th FLOOR • BOSTON, MA 02114 •    (617) 723-4422 • FAX (617) 723-8305

JOHN K. DVORAK
Christopher W. Drinan

October 22, 2003

EXAMS
Bureau of Citizenship and Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:    I-485 Application to Adjust Status
Applicant:          Nora Rivera
A#:                 96-406-350
Interview Date:     June 16, 2003

Dear BCIS Officer:

You interviewed the above referenced Applicant on June 16, 2003. At that time you issued an I-72 requesting a letter from the Department of Transitional Assistance acknowledging any benefits received by the alien above. Our response was submitted on or about July 15, 2003.

To date, we have received no decision on the case. Please adjudicate the case. Thank you.

Sincerely,

John K. Dvorak

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4ᵗʰ FLOOR • BOSTON, MA 02114 •   (617) 723-4422 • FAX (617) 723-8305

JOHN K. DVORAK
**Christopher W. Drinan**

December 3, 2003

EXAMS
US Citizenship and Immigration Services
JFK Federal Building
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:     I-485 Application to Adjust Status
Applicant:         Nora Rivera
A#:               96-406-350
Interview Date:    June 16, 2003

Dear USCIS Officer:

You interviewed the above referenced Applicant on June 16, 2003.  At that time you issued an I-72 requesting a letter from the Department of Transitional Assistance acknowledging any benefits received by the alien above.  Our response was submitted on or about July 15, 2003.

To date, we have received no decision on the case.  Please adjudicate the case. Thank you.

Sincerely,

John K. Dvorak

JKD:js

# LAW OFFICE OF JOHN K. DVORAK, P.C.

### ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 8788    •    180 CANAL STREET    •    BOSTON, MA 02114    •    (617) 723-1899    •    FAX (617) 723-8305

John K. Dvorak
Christopher W. Drinan

14 May 2004

Myra Strauss, Supv. DAO
USCIS - Examinations
JFK Federal Building
Boston, MA

ATTORNEY DROP BOX

RE:    I-130/I-485 Application for Adjustment of Status

Applicant:        RIVERA, Nora
                  A96 – 406 - 350

Dear Ms. Strauss:

I am writing to you to follow up on a letter that I sent to you yesterday ( NRive., .v..— ^° 154). As you might recall, this letter concerned Officer Fulchini's issuance of an I-72 regarding receipt of MassHealth benefits. (I have attached a copy of this letter for your reference).

We were discussing the _ _ _ matter at our office, and it occurred to us that we had another case (an I-130) where Officer Fulchini had issued an almost identical I-72. (Attached). This interview occurred on June 16, 2003, and the I-72 was responded to on July 15, 2003. As of yet, we have received no decision on this case.

The I-72 in this matter requests ". . . a letter from the Department of Transitional Assistance acknowledging any benefits received by you." Although (unlike the Nunes I-72) this request does not specifically refer to MassHealth, the notes in the file indicate that this is the only benefit that Officer Fulchini was concerned about.

Please take a look at this case also, as it presents the identical issue.

Thank you.

Sincerely,


Christopher W. Drinan, Esq.
christopher_drinan@hotmail.com
(617) 285-7123

# LAW OFFICE OF JOHN K. DVORAK, P.C.

ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 8788   •   180 CANAL STREET   •   BOSTON, MA 02114   •   (617) 723-1899   •   FAX (617) 723-8305

John K. Dvorak
Christopher W. Drinan

21 July 2004

Emily Costa, Supv. DAO
USCIS - Examinations
JFK Federal Building
Boston, MA

RE:     I-130/I-485 Application for Adjustment of Status

Beneficiary: RIVERA, Nora
A96 – 406 – 350

Petitioner:  RIVERA, Jose

Dear Ms. Costa:

Please be advised that this office represents the above-referenced Petitioner and Beneficiary.

As you might recall, we had briefly discussed this case, and another, both of which had involved I-72s on "public charge" issues. (Although I think that the bulk of our conversation involved the other case).

I would greatly appreciate it if you would take a look at this case, which I believe is somewhat more straightforward than the other case that we discussed. This one was interviewed on June 16, 2003. An I-72 was responded to on July 15, 2003.

I have attached a copy of the I-72 response, which I believe fully answers all of the issues raised in the I-72. The I-72 requested "a letter from the Department of Transitional Assistance acknowledging any benefits received by you."

The I-72 response contained a letter indicating that only the Beneficiary's minor children had received MassHealth Benefits. (The children are U.S. citizens). Clearly, the minor children's receipt of MassHealth is irrelevant to the Beneficiary's application for adjustment.

Given all this, I would therefore request that you direct the approval of this application at your earliest convenience. (I would note, for the record, that I still believe the I-72 is inappropriate).

If you wish to discuss this matter, please give me a call on our inside line: (617) 285-7123.

I greatly appreciate any help that you can offer on this matter. Thank you for your efforts.

Sincerely,

Christopher W. Drinan, Esq.
christopher_drinan@hotmail.com
(617) 285-7123



**U.S. DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service

| | |
|---|---|
| **Date: June 16, 2003**<br>**Nora Rivera**<br>**By hand** | NAME OF BENEFICIARY<br>Same<br>FILE NO. A96 406 350<br><br>FORM NO. I-485 |

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS. YOU ARE REQUIRED TO SUBMIT THE FOLLOWING INFORMATION WITHIN 12 WEEKS OR YOUR APPICATION MAY BE DENIED.

- ☐ 1. The above application/petition and its supporting documents are attached.
- ☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.
- ☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☐ in red.
- ☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☐ in red.
- ☐ 5. Furnish the required fee of $_____.
- ☐ 6. Furnish the birth or baptismal certificate for you.
- ☐ 7. Furnish the amended marriage certificate of you and your spouse..
- ☐ 8. Furnish proof of death or legal termination of marriage of all your prior marriages.
- ☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the **translation is accurate.**
- ☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, place, or other vehicle on which you traveled.
- ☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to this Service. Further information and Department of Labor forms and instructions may be obtained from the local office of the state employment service agencies.
- ☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.
- ☐ 13. Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, un-retouched and not mounted. Dimension of the facial image should be about 1 inch from chin to top of hair or head shown in 3/4 frontal view of right side of face with right ear visible. Using soft pencil or felt pen, print name (and alien registration receipt number, if known) on the back of each photograph. You should show these instructions to the photographer who takes the pictures.
- ☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and below listed persons.
- ☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.
- ☐ 16. You are required to submit a Medical Examination of Aliens Seeking Adjustment to Status (Form I-693) and Supplement to Form I-693 for documentation of immunizations for David.
- ☒ 17. You are required to submit a letter from the Department of Transitional Assistance acknowledging any benefits received by you. This letter must confirm your marital status and explanation of benefits received.
  Follow the instructions on the enclosed letter when you return this documentation.

Failure to provide this information by 09-16-2003 will result in a denial of your application.

cc: Erceg, Esquire

Form I-72                    **PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS**
                              **WITH YOUR RESPONSE-**

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4th FLOOR • BOSTON, MA 02114 • (617) 723-4422 • FAX (617) 723-8305

John K. Dvorak
Christopher W. Drinan
Ivana Erceg

July 15, 2003

BCIS
CDU, Room E-140
JFK Federal Building
Boston, MA 02203

RE:    Alien: Nora Rivera
       A#: 96-406-350

Dear BCIS Officer:

Pursuant to the attacehed Form I-72 enclosed find the following:

1. Statement from the Commonwealth of Massachusetts verifying that only Santiago Herrera and Juliana Rivera, both US citizens, were qualified under MassHealth program and that the Applicant Nora Rivera did not receive any MassHealth benefits;

   In addition, attached find the fact sheet issued by the Immigration & Naturalization Service, Massachusetts edition, which specifically states that the adjustment applicant will not be considered public charge for using MassHealth.

Thank you.

Sincerely,

Ivana Erceg

TEWKSBURY Case 1:04-cv-12658-DPW Document 6 Filed 06/10/2004 Page 11 of 16
367 EAST ST
TEWKSBURY MA 01876-1957

Commonwealth of Massachusetts
Executive Office of Health
and Human Services
Division of Medical Assistance



Tel: (800) 408-1253
Fax: (978) 863-9300

510/APPR
NORA RIVERA
88-94 WHEATLAND ST APT # 8
SOMERVILLE MA 02145

Date: 06/30/2003          Notice: 8255165          SSN: 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

Dear NORA RIVERA

The Division of Medical Assistance has decided that the following members of
your family can get benefits.

| Name SSN | Coverage Type | Benefit Effective Date | Other |
|---|---|---|---|
| HERRERA, SANTIAGO 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 | Standard | 06/20/2003 | |
| RIVERA, JULIANA I 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 | Standard | 06/20/2003 | |

MassHealth Standard coverage lets members get the medical services described in
the MassHealth booklet under MassHealth Standard. Members may get these services
now from any MassHealth provider. (This provider choice may be restricted for
members who have other health insurance.) Members who do not have other health
insurance will soon get a package in the mail that tells them how to pick a
health plan and a doctor. Please call the Customer Service Center at
1-800-841-2900 as soon as you get that package. They can help members pick the
health plan and doctor that is best for your family. They may also help eligible
members get a ride to a medical appointment.

You will soon get a MassHealth card if there are newly eligible MassHealth
members in your family. They must use this card whenever they get medical
services. Eligible members may use the card right away. MassHealth members who
are eligible only for Buy-In or for payment of part of their health insurance
premium under Family Assistance will not get a MassHealth card.

For free good foods and help with healthy eating, call WIC - the Woman, Infants
and Children nutrition program. WIC serves pregnant woman, children under five,
and new mothers. You and your children may be eligible for WIC services. Call
the WIC Hotline at 1-800-942-1007.

continued...

Call the phone number at the top of this notice if you have any questions about this notice. If you don't have a copy of the MassHealth booklet, please call to request one. It has important information about MassHealth coverage and rules.

For information about appealing our decisions, see the other side of this notice.



Tel: (800) 408-1253
Fax: (978) 863-9300

510/TERM
NORA RIVERA
88-94 WHEATLAND ST APT # 8
SOMERVILLE MA 02145


Date: 06/30/2003          Notice: 8255161          SSN: 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

Dear NORA RIVERA

The Division of Medical Assistance is ending coverage for the following members who had been receiving MassHealth benefits. The coverage will end only for family members listed below.

| Name | SSN | Coverage End Date |
|------|-----|-------------------|
| HERRERA, SANTIAGO | 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 | 07/14/2003 |

**Reason and Manual Citation**
You asked that your MassHealth benefits be stopped. 130 CMR 502.009

| Name | SSN | Coverage End Date |
|------|-----|-------------------|
| RIVERA, JULIANA I | 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 | 07/14/2003 |

**Reason and Manual Citation**
You asked that your MassHealth benefits be stopped. 130 CMR 502.009

The MassHealth booklet describes the rules for MassHealth. It explains why members of your family are not eligible. It describes the income standards and other rules for MassHealth.

You will be getting a statement in the mail called a "Certificate of Creditable Coverage". You should show this certificate to any health insurer you purchase health insurance from for you and your family. This certificate will show that you had been on MassHealth in the past, and may reduce or waive any future coverage-waiting period.

If you have any questions about this certificate, please contact a MassHealth Enrollment Center.

Call the phone number at the top of this notice if you have any questions about this notice. If you don't have a copy of the MassHealth booklet, please call to request one. It has important information about MassHealth coverage and rules.

For information about appealing our decisions, see the other side of this notice.

Case 1:04-cv-12658-DPW     Document 1-6     Filed 12/15/2004     Page 14 of 16

This is a printer friendly version of http://www.immigration.gov/graphics/publicaffairs/factsheets/Charge.htm

**U.S. Department of Justice**
Immigration and Naturalization Service
Washington, DC 20536



# FACT SHEET

October 18, 2000

### *Massachusetts Edition*

### A Quick Guide to 'Public Charge'
### And Receipt of Public Benefits

This guide provides a summary of how receiving public benefits in the United States may or may not affect an alien under the "public charge" provisions of the immigration laws.

• Aliens applying to become Lawful Permanent Residents (LPRs) (who do not yet have a "green card") –

   • An alien will not be considered a "public charge" for using:

     – **HEALTH CARE BENEFITS**, including programs such as MassHealth, the Children's Medical Security Plan, Healthy Start, or other free or low-cost medical care at clinics, health centers or other settings (other than long-term care in a nursing home or similar institution)

     – **FOOD PROGRAMS**, such as Food Stamps, WIC (the Special Supplemental Nutrition Program for Women, Infants, and Children), school meals or other food assistance

     – **OTHER PROGRAMS THAT DO NOT GIVE CASH**, such as public housing, child care, energy assistance, disaster relief, Head Start or job training or counseling

   • INS <u>may consider</u> an alien's use of the following in deciding whether to issue a "green card":

     – **CASH WELFARE**, such as Supplemental Security Income (SSI); cash Transitional Aid to Families With Dependent Children (TAFDC); and Emergency Aid to the Elderly, Disabled and Children (EAEDC)

     – **INSTITUTIONALIZATION** for long-term care, such as residing in a nursing home or mental health facility at government expense

Note: INS will **not** consider **CASH WELFARE** or **NON-CASH PROGRAMS** received by an alien's children or other family members for public charge purposes, **unless the cash welfare is the family's only means of support.**

• Aliens who **are LPRs** (who already have a "green card") –

: LPRs **cannot** lose their status (have their "green card" revoked) if they, their children or other family members use:

– **HEALTH CARE, FOOD PROGRAMS** or other **NON-CASH PROGRAMS**

– **CASH WELFARE** (* see note below for exception)

– **LONG-TERM CARE** (* see note below for exception)

Notes:

\* LPRs who leave the country for more than 6 months at a time can be questioned about whether they are "public charges" when they return, and the use of cash welfare or long-term care may be considered.

\* In very rare circumstances, LPRs who use cash welfare or long-term care within their **first 5 years** in the United States for reasons (such as an illness or disability) that existed **before** their entry to the United States could be considered deportable as a public charge.

• **REFUGEES AND PEOPLE GRANTED ASYLUM** can use **any** public benefits, including cash welfare, health care, food programs and other non-cash programs without hurting their chances of getting a "green card."

• **SPONSORING RELATIVES** – Using benefits, including cash welfare, health care, food programs and other non-cash benefits, **does not prevent citizens and LPRs** from sponsoring relatives. However, sponsors must submit an Affidavit of Support showing that they have enough money (alone or with a co-sponsor) to support their relatives at 125 percent of the poverty level.

• **BECOMING A NATURALIZED U.S. CITIZEN** – LPRs (who already have a "green card") **cannot be turned down** for U.S. citizenship for lawfully receiving any public benefits for which they are eligible.

Need More Information?

**For more information about "public charge" –**

• Please see the INS Web site at www.ins.usdoj.gov for a fact sheet and questions and answers. Information is available in several languages under Public Affairs.

<u>For more information about how to enroll in benefit programs</u> –

• Please contact the appropriate federal, state or local service agency. Calls are free.
Helpful contacts include:

   **For Healthy Start:** 1-800-531-2229

   **For Food Stamps:** 1-800-645-8333
   1-800-249-2007

   **For WIC:** 1-800-942-1007

   **For MassHealth:** 1-800-841-2900
   1-800-531-2229

   **For Children's Medical Security Plan:** 1-800-909-2677
   1-800-531-2229

   **For TAFDC or EAEDC:** 1-800-249-2007

*Last Modified 02/26/2003*