AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 32
U.S. DISTRICT C(
DISTRICT OF MA

District of  Massachusetts

Jose Rivera and
Nora Rivera

v.

**SUMMONS IN A CIVIL ACTION**

04  12658 DPW

CASE NUMBER:

Thomas Ridge, Sec. of
USDHS; Eduardo Aguirre, Jr.
Direcotr, USCIS;
Dennis Riordan, District
Director, USCIS

TO: (Name and address of Defendant)

Dennis Riordan
District Director, USCIS
c|o U.S. Department of Homeland Security-General Counsel
Washington, D.C. 20258

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan E. Zak, Esq.
Law Office Of John K. Dvorak P.C.
180 Canal Street, 5th Floor
P.O. Box 8788
Boston, Ma 02114

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



DEC 20 2004

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1/13/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan Zak | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  certified mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/20/05
                Date

Signature of Server

180 Carmel St.
Boston, MA 02119
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.