AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Jose Rivera and
Nora Rivera

V.

Thomas Ridge; Sec. of
DHS; Eduardo Aguirre, Jr.
Dir. USCIS; Dennis
Riordan, District
Director, USCIS

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 12658 DPW

*FILED IN CLERKS OFFICE*
*2005 JAN 21 P 1:32*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

TO: (Name and address of Defendant)

Thomas Ridge, Sec., of DHS
c|o Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan E. Zak Esq.
Law Office of John K. Dvorak P.C.
180 Canal Street, 4th Floor
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 20 2004

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me(1) | DATE 12/28/04 |
| NAME OF SERVER (PRINT) Susim Zak | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/20/05
           Date

Signature of Server

180 Canal St.
Boston, MA 02114
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| Track/Confirm - Intranet Item Inquiry - Domestic | | | | |
|---|---|---|---|---|

Item: 7004 0750 0000 5500 5114

| Destination | ZIP Code: 200 | City: | State: |
|---|---|---|---|
| Origin | ZIP Code: | City: | State: |

| Event | Date | Time | Location | Scanner ID |
|---|---|---|---|---|
| DELIVERED | 12/28/2004 | 08:00 | WASHINGTON DC 20528 | 00A70V38K |
| | Firm Name: HOM LD SEC 20528 R8 | | | |
| | Recipient : 'R TAYLOR' | | | |
| | Request Delivery Record | | | |
| | View Delivery Signature and Address | | | |
| ARRIVAL AT UNIT | 12/28/2004 | 04:21 | WASHINGTON DC 20022 | 00A70V42Y |



Inquire on multiple items.

Go to the Product Tracking System Home Page.





### Track/Confirm - Intranet Item Inquiry
### Item Number: 7004 0750 0000 5500 5114

**This item was delivered on 12/28/2004 at 08:00.**



| | Delivery Section |
|---|---|
| Signature: | *[signature]* RICHARD D. TREXOR |
| Address: | Homeland Se 20598 |

Enter Request Type and Item Number:

Quick Search ●    Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number: [ Submit ]

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

