# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Jose Rivera and
Nora Rivera

V.

Thomas Ridge, Sec. of
DHS; Eduardo Aguirre, Jr.
Director, USCIS and
Dennis Riordan, District
Director, USCIS

SUMMONS IN A CIVIL ACTION

04 12658

CASE NUMBER:

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Eduardo Aguirre, Jr.
Direction, USCIS
c|o Office of General Counsel
U.S. Department of Homeland Security, Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan E. Zak, Esq.
Law Office of John K. Dvorak P.C.
P.ox. Box 8788
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-3-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan E. Zak | Atty |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/20/05
                Date

Signature of Server

180 Canal St. 4th Floor, Boston, MA 02114
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.