UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

FILED
...KS OFFICE

2005 MAR 15 P 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| ) |  |
| ) |  |
| JOSE RIVERA and ) |  |
| NORA RIVERA ) |  |
| ) |  |
| Plaintiffs, ) |  |
| ) | Civ.Act.NO.04-12658-DPW |
| v. ) |  |
| THOMAS RIDGE, Secretary of) |  |
| United States Department ) |  |
| of Homeland Security; ) |  |
| Eduardo Aguirre, Jr., ) |  |
| Director, U.S. Citizen- ) |  |
| Ship and Immigration ) |  |
| Services, Department of ) |  |
| Homeland Security; ) |  |
| DENNIS RIORDAN, District ) |  |
| Director, U.S. Citizenship) |  |
| and Immigration Services ) |  |
| Department of Homeland ) |  |
| Security ) |  |
| ) |  |

APPLICATION FOR DEFAULT AGAINST DEFENDANTS

I, Susan E. Zak Esq., attorney for the above-captioned

Plaintiffs, hereby apply for an entry of default to be entered

against Defendants, Thomas Ridge, Secretary, United States

Department of Homeland Security, Eduardo Aguirre Jr. Director,

U.S. Citizenship and Immigration Services ("USCIS") and Denis

Riordan, District Director of USCIS (collectively, the

"Defendants"). In support thereof, I state under the pains and

penalties of perjury, as follows:

1. The Defendants were served with the Complaint in the above-captioned matter on January 3, 2005 via certified mail as appears from the Summons that are currently on file with the Court;

2. The Defendants have failed to appear or serve a responsive pleading or otherwise defend;

3. On February 28, 2005, pursuant to a procedural order issued by the Court dated February 25, 2005, the Plaintiffs notified the Defendants of their obligation to respond to the Complaint and/or request an extension to file said response. A copy of the letter notification is attached hereto as Exhibit 1;

4. The Defendants have failed to appear, file a responsive pleading, or request an extension.

THEREFORE, pursuant to Fed. R. Civ. Pro. 55, the Plaintiffs request that default be entered against the Defendants in this action.

Respectfully submitted,

The Plaintiffs
Jose Rivera and
Nora Rivera

_____
Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114

C:\My Documents\m-default-rivera.doc

## CERTIFICATE OF SERVICE

I, Susan E. Zak , Attorney for the Plaintiffs hereby certify that on March 14, 2005  I served a copy of the Plainttiffs'Application for Entry of Default by first-class mail to the following:


Eduardo Aguirre, Jr.
Director, USCIS
C/o Office of General Counsel
USDHS
Washington, DC 20258

Dennis Riordan
District Director, USCIS
C/o USDHS
Office of General Counsel
Washington, D.C. 20258

Eduardo Aguirre, Jr.
Director, USCIS
C/o USDHS
Office of General Counsel
Washington, DC 20258

Susan E. Zak, Esq.
LAW OFFICE OF JOHN K. DVORAK, P.C.
P.O. Box 8788
180 Canal Street, 4th Floor
Boston, MA 02114


Date: _____