# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

180 Canal Street, 4th Floor, P.O. Box 8788 • BOSTON, MA 02114 • (617) 723-4422 • FAX (617) 723-8305

John K. Dvorak
Christopher W. Drinan
Susan E. Zak

February 28, 2005

Eduado Aguirre, Jr.
Director, USCIS
C/o Office of General Counsel
USDHS
Washington, DC 20258

Eduado Aguirre, Jr.
Director, USCIS
USDHS
Washington, DC 20538

Denis Riordan
District Director, USCIS
C/o Office of General Counsel
USDHS
Washington, DC 20258

Denis Riordan
District Director, USCIS
JFK Building
Government Center
Boston, MA 02203

Thomas Ridge
Secretary, DHS
C/o Office of General Counsel
USDHS
Washington, DC 20258

Thomas Ridge
Secretary, DHS
USDHS
Washington, DC 20538

RE: **Jose Rivera et al. v. Thomas Ridge et al.**
    **Civil Action No. 04 12658 DPW**

Dear Messrs. Ridge (Chertoff) Aguirre, Riordan:

Pursuant to the enclosed Procedural Order issued by the court in the above-referenced case, you have hereby notified that you must immediately make an appearance in the above-referenced case or move for an extension to do so,

If you do not file said pleading within ten (10) days; we will file an application for entry of default, with form of order with the United States District Court. If this

becomes necessary, we will seek attorney's fees and cost as provided for in the Equal Access to Justice Act.

If you have any questions regarding this matter, please do not hesitate to contact me at (617) 723-7766 or szak@johnkdvorak.com.

Very truly yours,

Susan E. Zak

5defaultnotice.4101