UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE RIVERA and NORA RIVERA, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 04-12658 DPW |
| THOMAS RIDGE, Secretary of U.S. Dept. | ) |
| of Homeland Security; | ) |
| EDUARDO AGUIRRE, JR., Director, U.S. | ) |
| Citizenship and Immigration Services; | ) |
| DENNIS RIORDAN, Director, U.S. | ) |
| Citizenship and Immigration Services | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF SERVICE AND RESPONSE DATE**

Please take notice that pursuant to Federal Rule of Civil Procedure 4(i)(1)(A), the United States of America ("United States"), was served with the above-captioned complaint on March 25, 2005. The United States has up until, and including, May 24, 2005 to answer, or otherwise respond, to the complaint.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                            /s/ Jeffrey M. Cohen
                              By:  Jeffrey M. Cohen
                                          Assistant U.S. Attorney
                                          John Joseph Moakley Federal Courthouse
                                          One Courthouse Way, Suite 9200
                                          Boston, MA   02210
Dated: March 25, 2005                 (617) 748-3100

**CERTIFICATE OF SERVICE**

      I certify that on March 25, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to:

Susan E. Zak
Law Office of John K. Dvorak PC
180 Canal Street, 4th Floor
P.O. Box 8788
Boston, MA 02119
(617) 723-7766

    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney