UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 30 P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| JOSE RIVERA and<br>NORA RIVERA<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS RIDGE, Secretary of<br>United States Department<br>of Homeland Security;<br>Eduardo Aguirre, Jr.,<br>Director, U.S. Citizen-<br>Ship and Immigration<br>Services, Department of<br>Homeland Security;<br>DENNIS RIORDAN, District<br>Director, U.S. Citizenship<br>and Immigration Services<br>Department of Homeland<br>Security | Civil Action No.<br>04 12658 DPW |

PLAINTIFFS' VOLUNTARY DISMISSAL PURSUANT OT F.R.C.P. 41(a)

Pursuant to F.R.C.P.41(a), Jose Rivera and Nora Rivera (collectively the "Plaintiffs") respectfully dismiss the above-captioned matter. In support thereof, the Plaintiffs state that none of the above-captioned Defendants have filed an answer to the Plaintiff's Complaint.

Respectfully submitted,

Plaintiffs
By their attorney

*[signature]*

Susan E. Zak Esq.
BBO # 568044
LAW OFFICE OF JOHN K. DVORAK
P.C.
P.O. Box 8788
180 Canal Street
Boston, MA 02114

## CERTIFICATE OF SERVICE

I, Susan E. Zak, Attorney for the Plaintiffs hereby certify that on March 28, 2005 I served a copy of the Plainttiffs' Voluntary Dismissal by first-class mail to the following:

Eduardo Aguirre, Jr.
Director, USCIS
C/o Office of General Counsel
USDHS
Washington, DC 20528

Dennis Riordan
District Director, USCIS
C/o USDHS
Office of General Counsel
Washington, D.C. 20528

Thomas Ridge
Director, USCIS
C/o USDHS
Office of General Counsel
Washington, DC 20528

U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

Susan E. Zak, Esq.
LAW OFFICE OF JOHN K. DVORAK, P.C.
P.O. Box 8788
180 Canal Street, 4th Floor
Boston, MA 02114

Date: 3/28/05